IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: OTIS W. TERRY, JR.** | : | CIVIL ACTION |
| | : | |
| | : | NO. 15-0913 |
| | : | (Bankruptcy No. 13-14780) |

## ORDER

**AND NOW**, this 21st day of December, 2015, for the reason set forth in the Memorandum Opinion issued this date, it is **ORDERED** that the appeal is **DISMISSED**.

                                                     /s/Timothy J. Savage
                                                     TIMOTHY J. SAVAGE, J.